**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **MATTHEW METZ, on behalf of himself and others similarly situated,** : | Case No: 1:22-cv-286 |
| : | |
| : | Judge: Douglas R. Cole |
| **Plaintiff,** : | |
| : | |
| v. : | **PLAINTIFF'S MOTION** |
| : | **FOR DEFAULT JUDGMENT** |
| **THE O'GARA GROUP, INC.** : | |
| : | |
| **Defendant.** : | |

COMES NOW Plaintiff Matthew Metz, on behalf of himself and all others similarly situated, by and through his undersigned legal counsel, and for his Motion for Default Judgment against Defendant The O'Gara Group, Inc. states as follows:

1. This is a proposed class action for the recovery, by Plaintiff and other similarly situated employees of Defendant, of pay and benefits due to Defendant's violation of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §2101 *et seq.* ("WARN Act") Plaintiffs and his co-workers in the proposed class were employees of Defendant, and were terminated as part of, or as a result of, a mass layoff and/or plant closing ordered by Defendant. Defendant violated federal law by failing to give Plaintiff and similarly situated employees at least sixty (60) days' advance notice of termination. As a result, Plaintiff and the similarly situated employees are entitled to recover from Defendant their wages and benefits for sixty (60) days, none of which has been paid.

## **PARTIES**

## **STATEMENT OF FACTS**

2. Plaintiff filed the Complaint in this matter on May 24, 2022.

3. On September 6, 2022, a summons and a copy of the Complaint were properly served on Defendant The O'Gara Group, Inc. by certified mail in a manner authorized by Fed. R. Civ. P. 4. Proof of service is attached to this motion as **Exhibit A.**

4. Defendant has failed to answer or otherwise respond to the Complaint; nor has the Defendant otherwise appeared or attempted to defend this action.

5. Pursuant to Fed. R. Civ. P. 55(a), "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to file a responsive pleading or motion within twenty-one (21) days of service, or no later than September 27, 2022.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Default Judgment against Defendant, and schedule a hearing to determine damages.

*/s/ Stephen E. Imm*

Stephen E. Imm (0040068)
Matthew S. Okiishi (0096706)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-6659
(513) 943-6669-fax
stephen@finneylawfirm.com
matt@finneylawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was or will be served upon the following by regular U.S. mail, this 16th day of September 2022.

The O'Gara Group, Inc.
c/o CT Corporation System, Statutory Agent
4400 Eastern Commons Way, Suite 125
Columbus, OH 43219
*Defendant*

*/s/ Stephen E. Imm*

Stephen E. Imm (0040068)