UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW METZ,

    Plaintiff,

  v.

    Case No. 1:22-cv-286
    JUDGE DOUGLAS R. COLE

THE O'GARA GROUP, INC.,

    Defendant.

## ENTRY OF DEFAULT

Defendant, The O'Gara Group, Inc., is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk **ENTERS** default against the Defendant this 17th day of January, 2023.

    RICHARD W. NAGEL, CLERK

    */s/ Scott M.*

    **Deputy Clerk**