UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW METZ,** | : | Case No. 1:22-CV-286 |
| | : | |
| Plaintiff, | : | JUDGE DOUGLAS R. COLE |
| | : | |
| v. | : | |
| | : | |
| **THE O'GARA GROUP, INC.,** | : | **PLAINTIFF'S SHOW OF CAUSE** |
| | : | |
| Defendant. | : | |
| | : | |

Now comes Plaintiff, by and through his undersigned legal counsel, and pursuant to the Court's Order (Doc. 14), shows cause for his Complaint and Motion for Default.[1]

Plaintiff's Complaint should not be dismissed with prejudice because Defendant's default has deprived Plaintiff of the ability to conduct discovery as to liable parties. Whether a subsidiary is a joint employer with its parent company within the meaning of the WARN Act is a factor-based determination which includes: (i) common ownership, (ii) common directors and/or officers, (iii) de facto exercise of control, (iv) unity of personnel policies emanating from a common source, and (v) the dependency of operations. 20 CFR §639.3(a)(2). While Plaintiff's W-2 reflected that his wages were paid by O'Gara Hess & Eisenhardt Armoring Company, the overall testimony of Plaintiff at the hearing indicated that there was a thread of common ownership and control, as Plaintiff considered himself an employee of Defendant. By failing to answer the Complaint, Defendant denied Plaintiff and the Court the ability to conduct a thorough analysis of the factors.

---

[1] At the onset, Plaintiff states that he will not continue to pursue his claims. In this case, amendment of the Complaint as to O'Gara, Hess, & Eisenhardt Armoring Company appears futile, as that entity has previously defaulted in a suit brought against it and the presently named Defendant. *See* LPE Assets, LLC v. O'Gara Hess & Eisenhardt Armoring Company et al., 1:22-cv-00234-MWM (S.D. Ohio 2022). Plaintiff continues to show cause out of the utmost respect for the Court's Orders.

In light of the foregoing, the Court should not dismiss Plaintiff's Complaint. Rather, Plaintiff should retain the right to dismiss his Complaint in accordance with Rule 41, Federal Rules of Civil Procedure.

/s/ Matthew S. Okiishi

Stephen E. Imm (0040068)
Matthew S. Okiishi (0096706)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-6659
(513) 943-6669-fax
stephen@finneylawfirm.com
matt@finneylawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was or will be served upon the following by regular U.S. mail, this 15th day of May 2023.

The O'Gara Group, Inc.
c/o CT Corporation System, Statutory Agent
4400 Eastern Commons Way, Suite 125
Columbus, OH 43219
*Defendant*

/s/ Matthew S. Okiishi

Matthew S. Okiishi (0096706)