# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW METZ,** | : | Case No. 1:22-CV-286 |
| | : | |
| Plaintiff, | : | **JUDGE DOUGLAS R. COLE** |
| | : | |
| v. | : | |
| | : | **NOTICE OF VOLUNTARY DISMISSAL** |
| **THE O'GARA GROUP, INC.,** | : | **WITHOUT PREJUDICE** |
| | : | |
| | : | |
| Defendant. | : | |

Now comes Plaintiff, Matthew Metz, by and through his undersigned legal counsel, and pursuant to Rule 41, Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice.

/s/ Matthew S. Okiishi
_____
Matthew S. Okiishi (0096706)
FINNEY LAW FIRM, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6659
(513) 943-6669-fax
matt@finneylawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed on the 26th day of May 2023, and electronically served upon all counsel of record on the same date through the CM/ECF of the USDC for the Southern District of Ohio.

/s/ Matthew S. Okiishi
_____
Matthew S. Okiishi (0096706)